IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02266-BNB

VICKI DILLARD,

    Plaintiff,

v.

SGT. MATT CLARK,
LT. DAVID APSHAR,
SGT. RICHARD SEELEY,
OFFICER ABEITA, In Their Official and Individual Capacities, and
THE CITY AND COUNTY OF DENVER, A Municipality,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for a stay, ECF No. 12, is denied.  Plaintiff, however, shall have thirty days from the date of this Minute Order to respond to the Order to Show Cause. No further extensions shall be granted without just cause.

Dated:  October 26, 2012