IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02266-LTB

VICKI DILLARD,

    Plaintiff,

v.

SGT. MATT CLARK,
LT. DAVID AFSHAR,
SGT. RICHARD SEELEY,
OFFICER ABEITA, In Their Official & Individual Capacities,
THE CITY AND COUNTY OF DENVER, a Municipality,
KATHLEEN BENTON,
FRANK H. INGHAM,
GARY GREGORY,
ROY SANCHEZ,
SUSAN ROYBAL, and
MS. PIERCE, In Their Official and Individual Capacities,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 18 day of April, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  S. Grimm
                    Deputy Clerk